**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1779**

In Re:  FRANCIS H. GEORGE,

                        Petitioner.

On Petition for Writ of Mandamus.  (5:10-cv-00336)

Submitted:  August 5, 2010          Decided:  August 12, 2010

Before KING, GREGORY, and DUNCAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Francis H. George, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Francis H. George petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his habeas corpus petition, filed pursuant to 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010). He seeks an order from this court directing the district court to act. We find under the facts before us that the alleged delay does not warrant mandamus relief.[*] Therefore, although we deny the petition for writ of mandamus, we grant leave to proceed in forma pauperis, and deny the pending motion in this court to expedite as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

---

[*] In his mandamus petition George recites that several motions for preliminary relief have not yet been addressed by the district court. In light of George's imminent release date, we expect the district court to give prompt consideration to these motions.